IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT V. HAMLETT, et al.,  }
  }
    Plaintiffs,  }
  }
v.  }  CIVIL ACTION NO.
  }
  }  02-AR-1768-S
BELLSOUTH TELECOMMUNICATIONS,  }
INC. et al.,  }
  }
    Defendants.  }

**ENTERED**
JAN 1 4 2003

## MEMORANDUM OPINION

On December 16, 2002, the court entered an order granting Robert V. Hamlett and Faye V. Hamlett, as conservators of the estates of Jeremy Shane Broyles, a minor, and Laura Broyles, a minor, until **4:30 p.m., January 13, 2003**, to respond to the motions for summary judgment filed by BellSouth Telecommunications, Inc., and Aetna Life Insurance Company. Plaintiffs have not responded to either motion and have thus conceded the accuracy and completeness of the evidentiary materials submitted by defendants. The court is not only compelled by Rule 56 to agree that the material facts presented by defendants are undisputed, but the court agrees with defendants' arguments and hereby adopts their legal positions.

A separate order granting summary judgment will be entered.

DONE this __14th__ day of January, 2003.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE